July 19, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

CHARLES CRUM, Appellant

NO. 14-11-00256-CV                    V.

RONNY BYNUM GOZA, Appellee

_____

      This cause, an appeal from the judgment in favor of appellee, Ronny Bynum Goza, signed January 7, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

      We order appellant, Charles Crum, to pay all costs in this appeal. We further order the decision certified below for observance.